AO 245D    Judgment in a Criminal Case for Revocations
(Rev. 12/19)  Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Evan Rishard Phillips | Case No. 7:20-CR-00043-WLS |
| | USM No. 11240-509 |
| | Timothy R. Saviello |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition ___1___ of the term of supervision.

☒ was found in violation of condition ___10___ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of Mandatory Condition | 09/20/2024 |
| 10 | Failure to Refrain from Violation of the Law | 03/25/2025 |

The defendant is sentenced as provided in pages 2 through ___2___. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The Government did not pursue violations ___2-9 and 11-14___ and is discharged as to such violations condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.  0893

Defendant's Year of Birth:  1993

City and State of Defendant's Residence:
Valdosta, Georgia

December 17, 2025
Date of Imposition of Judgment

_/s/ W. Louis Sands_
Signature of Judge

W. LOUIS SANDS
SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judge

12/23/2025
Date

AO 245D    Judgment in a Criminal Case for Revocations
Rev. 12/19)    Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: Evan Rishard Phillips
CASE NUMBER: 7:20-CR-00043-WLS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Twenty-four (24) months

☒ The court makes the following recommendations to the Bureau of Prisons: Residential Drug Abuse Program (RDAP).

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL